Case 8:93-cr-00162-RAL Document 449 Filed 12/27/06 Page 1 of 2 PageID 203
AO245D (Rev. 10/06) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number:8:93-cr-162-T-26TGW |
| JASON BAKER | USM Number:14310-076 |

_____Mary Mills_____
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of a general condition and condition __11__ of the term of supervision.

_____ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Alleged new criminal conduct occurring while on supervision | June 8, 2006 |
| Two | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer | June 13, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____December 22, 2006_____
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_____12/17/06_____
Date

AO 245D (Rev. 10/20/06) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page __2__ of __2__

DEFENDANT: Jason Baker
CASE NUMBER: 8:93-cr-162-T-26TGW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Coleman facility and that the defendant participate in the 500 Hour Intensive Drug Program while incarcerated.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m. p.m. on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL